UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

US Foods, Inc.

      v.                                   Case No. 17-cv-326-LM

EBA Trust, Inc. et al

ORDER

No objection having been filed, I herewith approve the
Report and Recommendation of Magistrate Judge Andrea K.
Johnstone dated July 18, 2018, and (1) grant US Foods' motion
for default judgment (doc. no. 14) on Counts I and II; (2) deny
as moot US Foods' motion for default judgment as to Counts III,
IV, and V; (3) award US Foods $145,670.22 in past due invoices
plus interest accrued since October 31, 2017 and continuing at a
rate of 1.5% on the awarded outstanding invoice balance of
$133,642.40 until judgment is entered; (4) direct the Clerk of
Court to impose post-judgment interest; and (5) deny US Foods'
request for attorneys' fees and costs without prejudice to
renewal within fifteen (15) days of the date of this order.

"'[O]nly those issues fairly raised by the objections to
the magistrate's report are subject to review in the district
court and those not preserved by such objection are precluded on
appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617
F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of

Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Landya B. McCafferty
United States District Judge

Date: August 13, 2018

cc: Maria Vathis, Esq.
    Stephen L. Rossetti, Jr., Esq.